**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ALABAMA**
**EASTERN DIVISION**

**IN RE:**

| | | |
|---|---|---|
| **JERRID SMITH,** | * | **CASE NO. 26-40663-JJR12** |
| **DEBTOR.** | * | |

**ORDER CONDITIONALLY**
**DENYING MOTION FOR RELIEF**

This matter was set for hearing before the Court on August 6th, 2026, on Motion for Relief of Stay (Doc. 17) filed by NOBLEBANK & TRUST. Prior to the hearing, this Court was advised the matter had been settled.

Therefore, upon agreement of the parties, it is hereby ORDERED as follows:

1. Movant's Motion for Relief is due to be conditionally denied pending Debtor's compliance with the terms of the Agreement.

2. Beginning on August 25, 2026 and continuing on the 25th day of each month thereafter until Confirmation, the Debtor shall begin making adequate protection payments to Movant in the amount of $1,750.00.

3. Debtor shall provide Movant with evidence of insurance on Movant's collateral within ten (10) days from the date of written request to Debtor's attorney.

4. Debtor's payment to Movant shall increase in an amount to be determined after Confirmation.

5. Should Debtor comply with the provisions of this Agreement, the automatic stay shall remain in full force and effect.

6. Should Debtor fail to comply with any provision of the Agreement within fifteen (15) days from the date of written request from Movant to Debtor and Debtor's attorney, the automatic stay shall lift without further order of the Court.

7. The Court finds that the agreement is equitable and it is in the best interest of judicial economy and it is therefore approved.

**DONE** and **ORDERED** this the 14th day of August 2026.

/s/ James J. Robinson
JAMES J. ROBINSON
United States Bankruptcy Judge

**ORDER PREPARED BY:**

***/s/ T. Boice Turner, Jr.***
T. BOICE TURNER, JR.
*Attorney for Movant*
Post Office Box 1124
Anniston, Alabama 36202
Phone: (256) 235-1901

**APPROVED BY:**

***/s/ Harvey B. Campbell, Jr.***
HARVEY B. CAMPBELL, JR.
*Attorney for Debtor*
PO Drawer 756
400 S. Court Square
Talladega, AL 3161
Phone: (256) 761-1858

**APPROVED BY:**

***/s/ Linda Baker Gore***
LINDA BAKER GORE
*Chapter 13 Trustee*
PO Box 1338
Gadsden, AL 35902
Phone: (256) 546-9262