IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

**IN RE:**

| | | |
|---|---|---|
| | * | |
| **JERRID SMITH** | * | **CASE NO.: 26-40663-JJR12** |
| **aka FRANKLIN JERRID SMITH,** | * | **Chapter 12** |
| | * | |

**Debtor.**

## MOTION FOR RELIEF FROM AUTOMATIC STAY

**Ford Motor Credit Company LLC** (hereinafter "Creditor") respectfully shows and represents unto this Court as follows:

1. The Debtor, **Franklin Jerrid Smith** (hereinafter "Debtor") entered into an Alabama Vehicle Retail Installment Contract (hereinafter "Contract") with Buster Miles Ford Mercury, Inc., (hereinafter "Dealership") granting a security interest in the following personal property:

**2024 Ford Commercial F-350 Super Duty F350 Chassis &Crew Cab**
**Vin Number: 1FD8W3HN3REE19300**

Contemporaneously with its execution, the contract was assigned to Creditor, a copy of said Contract is annexed hereto and made part hereof by reference.

2. The security interest of the Movant in the above described personal property was perfected by the issuance of the Certificate of Title, a copy of FMCC's Secured Title annexed hereto and made part hereof by reference.

3. Debtor is in default in pre-petition payments under the terms of the aforementioned Contract in the sum of $3,160.50, plus any unpaid late charges.

4. Debtor is in default in post-petition payments under the terms of the aforementioned Contract in the sum of $4,470.75, plus any unpaid late charges, as of August 22nd, 2026.

5. The NADA Retail Value of said collateral is $47,975.00 as of August 24th, 2026.

6. Linda Baker Gore was appointed Trustee of the estate of said Debtor, has qualified and is now acting as such Trustee.

7. The Creditor hereby requests attorney fees and court cost for filing this motion.

8. The Creditor expressly determines that there is no reason for delay and expressly directs that this Order be entered as a Final Order against the Debtor and

Trustee and is therefore immediately effective to terminate the automatic stay and shall not be subject to Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure.

WHEREFORE, Movant, **Ford Motor Credit Company LLC** respectfully moves the Court to enter an Order against the Debtor and Trustee terminating the automatic stay imposed by 11 U.S.C. 362, and Movant being allowed to file a proof of claim to reflect the balance for any Deficiency upon the entry of this order, Ordering the Debtor to make said collateral available for the Creditor's possession and allowing Creditor to contact the Debtor for the sole purpose of making arrangements for the return of the collateral.

**William C. Poole, LLC**
**Attorney For**
**Ford Motor Credit Company LLC**

**BY:/S/ William C. Poole**
**William C. Poole**
**917 Western America Circle**
**Suite 210**
**Mobile, AL 36609**
**(251) 344-5015**

CERTIFICATE OF SERVICE

I do hereby certify that on this the 18th day of September, 2026, a copy of the foregoing document was served on the following:

Linda Baker Gore
Chapter 13 Standing, Trustee
NON-PAYMENTS: P.O. Box 1338
Gadsden, AL 35902
noticetrustee@ch13gadsden.com

Harvey B. Campbell, Jr.
Alabama Consumer Law Group, LLC
Post Office Drawer 756
400 S. Court Square
Talladega, AL 35161-0756
Buddy@aclg.law

by Electronic Case Filing a copy of the same.

I do hereby certify that on this the 18th day of September, 2026, a copy of the foregoing document was served on the following by mailing a copy of the same United States Mail, properly addressed and first class postage prepaid.

Jerrid Smith
88334 Highway 9
Lineville, AL 36266

/S/ William C. Poole
William C. Poole, Esq.